IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CR-342-1H

UNITED STATES OF AMERICA )
 )
versus )
 )
DAMIN MARSHALL )

**NOTICE OF APPEAL**

NOW COMES DAMIN MARSHALL, enters Notice of Appeal to the United States Court of Appeals for the Fourth Circuit, from his conviction, and the sentence and Judgment imposed 9 October 2018 by the Hon. Malcolm J. Howard, United States Senior District Judge for the Eastern District of North Carolina, at Greenville.

Undersigned defendant is indigent, and requires appointed counsel to prosecute his appeal.

Respectfully submitted, this the __16__ day of October, 2018.

_____
Damin Marshall

**CERTIFICATE OF SERVICE**

Undersigned certifies that he has electronically filed the foregoing NOTICE OF APPEAL, and has thereby served AUSA Melissa Kessler EDNC.

This, the __19__ day of __October__, 2018.

THOMAS C. MANNING
_____
/s/ Thomas C. Manning